IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH SNAPCHAT ACCOUNTS *"ryland_23"* THAT IS STORED AT PREMISES CONTROLLED BY SNAPCHAT | Case No.: 5:18mj32-EMT<br><br>**Filed Under Seal** |

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH WARRANT

I, **Robert Hall**, having been duly sworn, depose and state:

1. I am an "investigative or law enforcement officer" within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 21, United States Code, Sections 841 and 846.

2. I am a Special Agent ("S/A") for the Florida Department of Law Enforcement ("FDLE") and have been so employed for over 22 years. I am currently assigned to the DEA Task Force in Panama City, Florida. During my employment with the FDLE, I have participated in hundreds of narcotics investigations, which has included physical surveillance, execution of search warrants, and the arrests of numerous drug traffickers. I have spoken with hundreds of defendants, confidential informants, and witnesses having extensive knowledge of the workings of major narcotics trafficking organizations. Through these investigations, my training and

experience, and conversations with other law enforcement personnel, I have become familiar with methods used by traffickers to smuggle and safeguard narcotics, to distribute narcotics, and collect and launder related proceeds. I am aware of methods employed by major narcotics organizations to thwart any investigation of their illegal activities. During my work as a Special Agent, I have worked with undercover agents, where they have purchased illegal drugs, or negotiated for the purchase or sale of drugs. They have made hundreds of undercover telephone calls and text messages, during which they conducted negotiations for the purchase or sale of drugs.

3. Affiant makes this affidavit in support of an application for a search warrant for information associated with a certain Snapchat user ID that is stored at premises owned, maintained, controlled, or operated by Snapchat, a social networking company headquartered in Venice, California. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b) (1) (A) and 2703(c) (1) (A) to require Snapchat to disclose to the government records and other information in its possession, pertaining to the subscriber or customer associated with the user ID "ryland_23" for violations of Title 21, United States Code, Sections 841 and 846, that are believed to have been committed. There is also probable cause to search the account of "ryland_23" for

information described in Attachment A for evidence of the aforesaid crimes and items to be seized listed in Attachment B.

4. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents/officers and witnesses. This affidavit is intended to show that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## BACKGROUND INFORMATION REGARDING SNAPCHAT

5. Snapchat is one of the most popular applications for sending and receiving 'self-destructing' messages, pictures, and videos. Referred to as 'snaps', the company processes approximately 700 million of them every day on Apple's iOS and Google's Android operating systems. Snapchat users access the application frequently. According to marketing material provided by the company, the average Snapchat user checks their account 14 times a day. Snapchat is headquartered in Venice, California, and owns and operates a free access social networking website of the same name that can be accessed at http://www.snapchat.com.

6. A "snap" is a picture or video message taken and shared with other Snapchat users in real-time. The sender of a snap has the option of setting a timer for how long a snap can be viewed. Once a snap has been viewed, it is deleted from the company's system and is no longer visible to the recipient. Snapchat users can

send text messages to others using the Chat feature. Once a user leaves the Chat screen, messages viewed by both the sender and the receiver will no longer be visible. The application notifies other users when they are online so they can begin messaging each other. In addition, Snapchat users can send pictures to other users by utilizing the camera on their device. Pictures can also be sent from the saved pictures in the photo gallery of the device. Accessing a Snapchat account and "snaps" constitute "electronic communications" within the meaning of 18 U.S.C. § 3123. *See* 18 U.S.C. §§ 3127(1) and 2510(12).

7. "Our Stories" is a collection of user submitted "Snaps" from different locations and events. A Snapchat user, with the location services of their device turned on, can contribute to a collection of snaps regarding the event. For example, multiple different Snapchat users could all contribute to the same "Our Stories" collection by sharing their snaps, even if they do not know each other. Users can also view "Our Stories" events if they are not actually present at the event by subscribing to the story. In addition to "Our Stories", a Snapchat user can keep a sort of photo/video diary using the "Story" feature. Each snap in a "Story" documents the user's experience. Based on the user's privacy settings, the photos and videos added to a "Story" can be viewed either by everyone on Snapchat or just the user's friend. Stories are visible to other users for up to 24 hours.

4

8. In addition to photos, videos, "Snaps" and stories, "Snapcash" is an online money transfer service offered by Snapchat. The actual business platform is run by "SquareUp", the distributor of a mobile credit card reader and application Square Register. Snapcash can be used to transfer money between Snapchat users using a linked, U.S. issued Visa or MasterCard debit card only; using credit cards is not permitted. Snapcash can only be sent to other users who have a linked debit card. Snapcash has a $250 weekly limit but can be upgraded to a $2,500 weekly limit. Users who upgrade have to provide their full name, date of birth, and Social Security number.

9. While a Snapchat message may disappear, the record of who sent it and when still exists. Snapchat records and retains information that is roughly analogous to the call detail records maintained by telecommunications companies. This includes the date, time, sender, and recipient of a snap. Additionally, Snapchat stores the number of messages exchanged, which users they communicate with the most, message status including if and when the message was opened, and whether the receiver used the native screen capture function of their device to take a picture of the snap before it disappeared.

10. Snapchat asks users to provide basic contact and personal identifying information to include date of birth. When a user creates an account they make a unique Snapchat username. This is the name visible to other Snapchat users. An

email address is required to register a Snapchat account and a new user must also provide a mobile phone number. This phone number is verified during the registration process. Snapchat sends an activation code, which must be entered before proceeding with the registration step. However, a user may elect to bypass entering a phone number so one may not always be present in the user's account. Snapchat also retains the account creation date.

11. Snapchat stores device information such as the model, operating system, operating system version, mobile device phone number, and mobile network information of devices used in conjunction with the service. They also collect unique device identifiers such as the Media Access Control (MAC) address and the International Mobile Equipment Identifier (IMEI) or Mobile Equipment Identifier (MEID) of devices used to access Snapchat. In the event the Snapchat user's application crashes, the company also collects a list of other installed applications on the device to detect any potential software conflicts.

## **PROBABLE CAUSE**

12. On April 24, 2018, DEA Panama City Resident Office (PCRO) Task Force Officer (TFO) John Deegins and Special Agent (SA) Robert Hall utilized a FDLE Confidential Source (CS) to make a controlled purchase of suspected Alprazolam from Ryland Mitchell. The suspected Alprazolam was not field tested

due to Mitchell previously telling the CS the pills were pressed pills and possibly contained Fentanyl.

13. The CS's criminal history consisted of traffic offenses in 2015 and 2016 to include a driving under the influence of alcohol in 2015. The CS was cooperating with law enforcement in exchange for monetary compensation.

14. The CS knew Ryland Mitchell through the CS's past association with Brian Bruhmuller, another target of the investigation.

15. On April 24, 2018, the CS met with TFO Deegins and SA Hall at the PCRO.

16. While at the PCRO, the CS received a Snapchat message from Ryland Mitchell (Snapchat username ryland_23). The first Snapchat message, which disappeared before TFO Deegins and SA Hall could review or photograph it, was about Mitchell selling bars (a term known to the CS to be Xanax, or fake Xanax, pressed pills possibly containing Fentanyl) per the CS.

17. Law enforcement reviewed and photographed the following Snapchat message exchange between Mitchell and the CS. The CS messaged Mitchell "I just need like 10."

18. Mitchell messaged the CS "10 what?" and the CS messaged Mitchell "Bars you goofy lol."

19. Mitchell messaged the CS "Im in town rn I don't have a ride to the beach."

20. The CS messaged Mitchell "Awh okay well I mean I'm mobile, are they expensive."

21. Mitchell messaged the CS "$5"

22. The CS messaged Mitchell, "Hell yea thats cheap wtf lol can I get 20 then? We can go get some drinks at Willys after if you're down."

23. Mitchell messaged "I'm only 19, lol. But I only 10 left."

24. The CS messaged Mitchell "Damn g.lol Ight well if that's cool I'll just take those My girl is fiending."

25. Mitchell messaged the CS "2121 West 28 court"

26. At approximately 2:15 pm, SA Hall searched the CS for contraband with negative results. TFO Joe Cheri and CBP SA Richard Bryant searched the CS's vehicle for contraband with negative results.

27. At approximately 2:30 pm, SA Hall provided the CS with $50.00 in FDLE investigative funds, as witnessed by TFO Deegins, for the purchase of ten (10) pills from Mitchell.

28. At approximately 2:32 pm, surveillance was established in the area of 2121 W. 28th Court, Panama City, Florida.

29.     At approximately 2:35 pm, the CS and DEA SA John Manna, acting in an undercover capacity, traveled to 2121 W. 28th Court, followed by TFO Deegins and SA Hall.

30.     At approximately 2:42 pm, the CS and DEA SA Manna arrived at 2121 W. 28th Court. The CS exited the vehicle and made contact with Mitchell on the porch of the residence, as witnessed by DEA SA Manna. The CS and Mitchell entered the residence.

31.     At approximately 2:44 pm, the CS exited the residence, as witnessed by DEA SA Manna. The CS and SA Manna departed the area followed by TFO Deegins and SA Hall.

32.     At approximately 2:48 pm, the CS, DEA SA Manna, TFO Deegins and SA Hall met at a pre-determined location.

33.     DEA SA Manna transferred the purchased pills he received from the CS to TFO Deegins and SA Hall.

34.     The CS advised the CS arrived, got out of the vehicle, met Mitchell outside the residence and they went into the residence to a room just inside, and to the left. Mitchell grabbed the pills from the dresser, counted them and handed the pills to the CS in a small black plastic bag. The CS advised Alexis Sanders (juvenile) was in the room during the purchase of pills. The CS then departed the residence and left with DEA SA Manna.

35. The purchased suspected Xanax (Alprazolam) pills were maintained by the DEA as evidence. The suspected Xanax pills were not field tested due to Mitchell previously telling the CS that pills sold by the targets of the investigation are pressed pills that include Fentanyl. Fentanyl related substances can be lethal at low levels of exposure (microgram doses). Adverse health effects, to include respiratory distress or cardiac arrest, can occur very rapidly; usually within minutes of exposure. Hazardous synthetic drugs, particularly in a powder form, that may contain fentanyl related substances, may be fatal if swallowed, inhaled, or absorbed through the skin. DEA policy states: If you suspect the presence of fentanyl or a fentanyl-related compound, do not take samples or attempt presumptive color testing and follow approved transportation procedures to transport it to the nearest laboratory.

## INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

I am requesting this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), to require Snapchat to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

## CONCLUSION

1. Based on the aforementioned factual information, I respectfully submit that there is probable cause to believe that evidence, fruits, and instrumentalities of violations or attempted violations of Title 21, United States Code, Sections 841 and 846; as well as Title 18, United States Code, Section 1956(h) may be located in the "ryland_23" account described in Attachment A.

2. This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711(3). 18 U.S.C. §§ 2703(a), (b)(1)(A), (c)(1)(A).

3. Based on the foregoing, I request that the Court issue the proposed search warrant.

4. Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant. Because the warrant will be served on Snapchat, who will then compile the requested records at a time convenient to it, there exists reasonable cause to permit the execution of the requested warrant at any time in the day or night.

## REQUEST FOR SEALING

5. I further request that the Court order that all papers in support of this application, including the affidavit and search warrant, be sealed until further order

11

Case 5:18-mj-00032-EMT   Document 2   Filed 05/15/18   Page 12 of 16

of the Court. These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation.

_____
Affiant
Special Agent Robert Hall
Florida Department of Law Enforcement

Sworn to me and subscribed in my presence this 15th day of May, 2018.

_____
Charles A. Stampelos
United States Magistrate Judge

## **ATTACHMENT A**

**Property to Be Searched**

This warrant applies to information associated with the usernames: **"ryland_23"**, for the date of April 24, 2018, listed at www.snapchat.com that is stored at premises owned, maintained, controlled, or operated by Snapchat, a company headquartered in Venice, California.

## ATTACHMENT B

## Particular Things to be Seized

**I.     Information to be disclosed by Snapchat**

To the extent that the information described in Attachment A for the date of April 24, 2018 is within the possession, custody, or control of Snapchat, including any messages, records, files, logs, or information that have been deleted but are still available to Snapchat, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Snapchat is required to disclose the following information to the government for each user ID listed in Attachment A:

(a) All stored communications and other files in your possession (to include, if available, account access information, event histories including dates and times, connection dates, times and locations, connection IP information, message content, graphics files, attachments, etc., further detailed below), whether physical, stored on electronic media, or temporarily on any computer or server, reflecting communications to or from Snapchat Accounts: **"ryland_23"**.

(b) All files that have been created and/or accessed via Snapchat Accounts: **"ryland_23"**, or that are controlled by user accounts associated with Snapchat Accounts: **"ryland_23"**.

14

(c) The identifiers and all available information for any other email account(s) associated with Snapchat Accounts: "**ryland_23**".

(d) All connection logs and records of user message activity, including;

    1) Transmitter/Sender identifier (i.e. addresses and/or IP address);

    2) Connection date and time;

    3) Method of connection (telnet, ftp, http);

    4) Data transfer volume;

    5) User name associated with the connection and other connection information, including the Internet Protocol address of the source of the connection;

    6) Account subscriber identification records;

    7) Other user accounts associated with, referenced in or accessed by Snapchat Accounts: "**ryland_23**".

    8) Address books, contact lists and "my friends" if available;

    9) Records of files or system attributes accessed, modified, or added by the user.

(e) All records and other evidence relating to the subscriber(s), customer(s), account holder(s), or other entity(ies) associated with Snapchat Accounts: "**ryland_23**", including, without limitation, subscriber names, user names, screen names or other identities, addresses, residential addresses, business

addresses, and other contact information, telephone numbers or other subscriber number or identifier number, billing records, information about the length of service and the types of services the subscriber or customer utilized, and any other identifying information, whether such records or other evidence are in electronic or other form. Such records and other evidence include, without limitation, correspondence and other records of contact by any person or entity about the above-referenced account, the content associated with or relating to postings, communications and any other activities to or through Snapchat Accounts: **"ryland_23"**, whether such records or other evidence are in electronic or other form.

**(f)** All records pertaining to communications between Snapchat and any person regarding the user or the user's Snapchat account, including contacts with support services and records of actions taken.

**II.    Information to be seized by the government**

1.    All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of Title 21 U.S.C. Title 21, United States Code, Sections 841 and 846 by ryland_23 identified on Attachment A for the time period of April 24, 2018.